

**IT IS ORDERED as set forth below:**

**Date: August 20, 2012**

_____
**James R. Sacca**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| Fentress Renard Smith, Sr., | ) | CASE NO. 12-61970-JRS |
| Debtor | ) | |

| | | |
|---|---|---|
| Fentress Renard Smith, Sr., | ) | |
| Movant | ) | |
| vs. | ) | CONTESTED MATTER |
| Wilshire Credit Corporation, | ) | |
| Respondent. | ) | |

**ORDER GRANTING DEBTOR'S MOTION TO DETERMINE SECURED STATUS OF CLAIM**

The above matter came before the court on July 26, 2012 on Debtor's Motion Determine Secured Status of Claim (the "Motion") Docket No. 12. Debtor seeks a determination that the second priority lien held by Wilshire Credit Corporation on Debtor's interest in his residence (the "Lien") located at 5065 Cochran Drive, Union City, GA 30291 (the "Property") is completely

unsecured because, based upon the Property's value and the amount of the first priority mortgage, there is no equity in the Property to which the Lien can attach. No party filed a response or otherwise appeared in opposition to Debtor's Motion. Based upon all matters of record, it is hereby

**ORDERED** that Debtor's Motion is granted as provided herein; it is

**FURTHER ORDERED** that, for purposes of the Debtor's chapter 13 case, the claim of Wilshire Credit Corporation related to the Lien, shall be treated as a general non-priority unsecured claim; and it is

**FURTHER ORDERED** that, effective upon entry of discharge in the Debtor's Chapter 13 case, the Lien of Wilshire Credit Corporation evidenced by a security deed recorded in the Superior Court of Fulton County at Deed Book 38032, Page 114, shall be avoided without further order pursuant to 11 U.S.C. section 506(d); provided, however, that the Court reserves jurisdiction to consider if appropriate the avoidance of Respondent's Lien prior to entry of a discharge under 11 U.S.C. section 1328(a). In the event the Debtor's case is dismissed or converted to chapter 7, the Lien of Respondent shall not be affected by this Order in accordance with 11 U.S.C. sections 349(b)(1)(C) or 348(f)(1)(B) as applicable.

**END OF DOCUMENT**

# DISTRIBUTION LIST

**Adam M. Goodman**
Adam M. Goodman, 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303

**Fentress Renard Smith, Sr.**
7310 Chauces Ct.
Riverdale, GA 30296

**Wilshire Credit Corporation**
1 North Castle Drive
Armonk, NY 10504

**CT Corporation System**
Registered Agent for Wilshire Credit Corporation
1201 Peachtree St, NE
Atlanta, GA 30361

**Wilshire Credit Corporation**
Attn: Virginia Rometty, CEO
1 North Castle Drive
Armonk, NY 10504

**Wilshire Credit Corporation**
Attn: Mark Loughridge, CFO
1 North Castle Drive
Armonk, NY 10504

**Wilshire Credit Corporation**
Attn: Michelle Browdy, Secretary
1 North Castle Drive
Armonk, NY 10504

**Ocwen Loan Servicing**
12650 Ingenuity Dr.
Orlando, FL 32826

William R. Tate  /s/
William R. Tate
Bar No. 940582
Robert J. Semrad & Associates
101 Marietta Street, NW
Suite 3600
Atlanta, GA 30303


NO OPPOSITION:

Jason L. Rogers /s/
Jason L. Rogers
GA Bar No: 142575
Chapter 13 Trustee
260 Peachtree Street
Suite 200
Atlanta, GA 30303